UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA            :
                                    :    **UNSEALING ORDER**
        - v. -                      :
                                    :    S4 19 Cr. 463 (DLC)
LILIANA HOYOS PELAEZ,               :
    a/k/a "Lorenzo,"                :
    a/k/a "Firma,"                  :
    a/k/a "Fendi,"                  :
                                    :
                                    :
        Defendant.                  :
                                    :
- - - - - - - - - - - - - - - - - - X

   Upon application of the United States of America, by and through Assistant United States Attorneys Stephanie Lake, Sheb Swett, and Aline Flodr;

   It is found that the Indictment S4 19 Cr. 463 (DLC) is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

   ORDERED that Indictment S4 19 Cr. 463 (DLC) be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
   January 5, 2022

                 _____
                 HONORABLE DENISE L. COTE
                 UNITED STATES DISTRICT JUDGE
                 SOUTHERN DISTRICT OF NEW YORK