

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2022

**BY ECF**

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    ***United States v. Liliana Hoyos Pelaez*, S4 19 Cr. 463 (DLC)**

Dear Judge Cote:

      The Government writes, with consent of counsel for the defendant, to respectfully request that the Court schedule a change of plea hearing in the above-captioned case. The parties are available on June 9 or 10, or a subsequent date convenient for the Court. The defendant currently is incarcerated at the Essex County Jail and requires a Spanish interpreter.

                                    Respectfully submitted,

                                      DAMIAN WILLIAMS
                                    United States Attorney

                         By:   /s/
                              Stephanie Lake / Sheb Swett / Aline Flodr
                              Assistant United States Attorneys
                              (212) 637-1066 / 6522 / 1110

cc: Raymond Gazer, Esq. (by ECF)

*The plea is scheduled for June 9 at 3:00 p.m.*

*/s/ Denise Cote*
*6/1/22*