# Law Offices of
# Raymond Elvis Gazer
# 172 East 161st Street
# Bronx, New York 10451
# (917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.

August 29th, 2022

*Via Electronic Court Filing*
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> *[Handwritten note:]* The sentence is adjourned to 9/28 at 10:00am. Defense submissions are due 9/19; the Government's are due 9/23.
> *Denise Cote*
> 8/30/22

Re:   United States of America versus Liliana Hoyos Pelaez
      19 Cr. 00463

Your Honor,

I write on behalf of my client, Liliana Hoyos Pelaez, to respectfully request a one-month adjournment of her sentencing, which is currently scheduled for September 15th, 2022, and a concomitant extension of the time to submit pretrial submissions, currently due on September 2nd, 2022. The reasons for the request are twofold. First, I am still in the process of having approximately twenty letters in support of Ms. Hoyos Pelaez translated from Spanish to English for Your Honor's consideration at sentencing. Second, I have yet to receive the final presentence report which would include Probation's sentencing recommendation, which is important to have well in advance of sentencing so that I may attempt to formulate a cogent sentencing argument on behalf of my client.

I have spoken to A.U.S.A. Sebastian Swett, and he has no objection to this request. Thank you for your consideration of it.

Respectfully submitted,

*Raymond Elvis Gazer*
Raymond Elvis Gazer, Esq.

CC:         A.U.S.A. Sebastian Swett
               A.U.S.A. Aline Flodr

               *Via ECF*