# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527·REGazer@gmail.com

Raymond Elvis Gazer, Esq.
_____

September 26th, 2022

*Via Electronic Court Filing*
Honorable Denise L. Cote
United States District Court
Southern  District of New York
500 Pearl Street
New York, New York 10007

      Re:  United States of America versus Liliana Hoyos Pelaez
           19 Cr. 00463

Your Honor,

    In advance of my client's sentencing this coming Wednesday, September 28th, 2022, I have included my client's work records from the Metropolitan Detention Center wherein she is currently incarcerated and certificates evincing her successful completion of programming therein.  These were just obtained today, and I apologize for their late submission and any inconvenience caused thereby.

    Should you have any questions or concerns, please do not hesitate to contact me at the above-listed telephone number or e-mail address.

                                        Respectfully submitted,

                                        *Raymond Elvis Gazer*
                                        Raymond Elvis Gazer, Esq.

Enclosures.

CC:   A.U.S.A. Sebastian Swett
      A.U.S.A. Aline Flodr

      *Via ECF*