UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
UNITED STATES OF AMERICA
:     CONSENT PRELIMINARY ORDER
         - v. -                              OF FORFEITURE/
:     MONEY JUDGMENT
LILIANA HOYOS PELAEZ,
   a/k/a "Lorenzo," a/k/a "Firma," a/k/a    :     S4 19 Cr. 463 (DLC)
   "Fendi,"
:
                    Defendant.
------------------------------------- x

        WHEREAS, on or about February 14, 2020, LILIANA HOYOS PELAEZ, a/k/a "Lorenzo," a/k/a "Firma," a/k/a "Fendi," (the "Defendant"), was charged in a one-count superseding Indictment, S4 19 Cr. 463 (DLC) (the "Indictment"), with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count One);

        WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Sections 982(a)(1), of any and all property, real or personal, involved in the offense charged in Count One of the Indictment, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment;

        WHEREAS, on or about June 9, 2022, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $78,590 in United States currency, representing property involved the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $78,590 in United States currency, representing the amount of property involved to the offense charged in Count One of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Aline Flodr and Sheb Swett, of counsel, and the Defendant and her counsel, Raymond Elvis Gazer, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $78,590 in United States currency (the "Money Judgment"), representing the amount of proceeds involved in the offense charged in Count One of the Indictment, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant LILIANA HOYOS PELAEZ, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. . Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____  09/28/22
ALINE FLODR                          DATE
SHEB SWETT
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-1110 / 6522


LILIANA HOYOS PELAEZ

By: _____  9/28/2022
LILIANA HOYOS PELAEZ                 DATE

By: _____  9/28/2022
RAYMOND ELVIS GAZER, ESQ.            DATE
Attorney for Defendant
172 East 161st Street
Bronx, NY 10451


SO ORDERED:

_____      September 28, 2022
HONORABLE DENISE L. COTE              DATE
UNITED STATES DISTRICT JUDGE