```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :      19cr463 (DLC)
            -v-                          :
                                         :         ORDER
LILIANA HOYOS PELAEZ,                    :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the defendant's letter of October 27, 2022, it is hereby

    RECOMMENDED that the Bureau of Prisons designate the defendant to a facility close to the state of Arizona.

    SO ORDERED:

Dated:    New York, New York
           October 27, 2022

                                      DENISE COTE
                            United States District Judge